## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Miles, Patricia

Printed: 10/2/07

Case Number: 07 B 09150
Judge: Hollis, Pamela S

Filed: 5/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 20, 2007
Confirmed: None

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Overland Bond & Investment Corp | Secured | 3,150.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 57,508.61 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 57,508.61 | 0.00 |
| 6. | Capital One | Unsecured | 0.00 | 0.00 |
| 7. | Capital One | Unsecured | 0.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 433.86 | 0.00 |
| 9. | Overland Bond & Investment Corp | Unsecured | 239.53 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 11. | Tri-Cap Investment Partners, LLC | Unsecured | 1,569.79 | 0.00 |
| 12. | Allied Interstate Inc | Unsecured |  | No Claim Filed |
| 13. | First Premier Bank | Unsecured |  | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 15. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 16. | West Asset Management | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 120,410.40 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Miles, Patricia | Case Number:  07 B 09150 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/2/07 | Filed:  5/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

              Marilyn O. Marshall, Trustee, by:

              _Denise Ashley_